J. Erwin Hyney, Appellant, *v.* Marie Nielsen et al., as Executors of Gerald B. Nielsen, Deceased, et al., Respondents.

Submitted November 14, 1955; decided November 17, 1955.

Motion for leave to prosecute appeal upon the original record and typewritten additional papers and briefs denied.

In the Matter of the Accounting of Ralph Asker, as Committee of the Person and Estate of Leonard Asker, an Incompetent Person, Appellant. Department of Mental Hygiene of the State of New York, Respondent.

Submitted November 14, 1955; decided November 17, 1955.

*Walter H. Edson* for motion.

*Jacob K. Javits, Attorney-General (Margaret D. Hazel* of counsel), for Department of Mental Hygiene.

Motion for an order of substitution granted.